INTERNATIONAL FASTENER COMPANY, Respondent, *v.* FRANCIS MANUFACTURING COMPANY, Appellant.

(Submitted November 26, 1923; decided December 4, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 673.)

---

In the Matter of the Claim of NELLIE O. HITT, Respondent, against LEHIGH VALLEY RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

*Appeal — reversal by Appellate Division of decision of state industrial board and remission of claim to said board — appeal therefrom without permission dismissed.*

*Hitt* v. *Lehigh Valley R. R. Co.*, 206 App. Div. 641, appeal dismissed. (Argued November 21, 1923; decided December 5, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1923, reversing a decision of the state industrial board and remitting the claim to said board.

*H. D. Noble, Jr.,* for appellant.
*Edmund B. Jenks* and *J. Carver Glezen* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

GRANBY PULP AND PAPER COMPANY, Appellant, *v.* CITY OF FULTON, Respondent.

*Real property — title — action to restrain city from grading land for use as public street.*

*Granby Pulp & Paper Co.* v. *City of Fulton,* 189 App. Div. 521; 197 App. Div. 923, affirmed. (Argued November 21, 1923; decided December 5, 1923.)

APPEAL from a judgment, entered July 17, 1922, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment

in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint. The action was brought to restrain the defendant from removing property of the plaintiff from a parcel of land in the city of Fulton, claimed to be owned by the plaintiff, and from grading or opening said parcel as a public street.

*Giles S. Piper* for appellant.

*William S. Hillick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

IRA S. BUSHEY & SONS, Respondent, *v.* AMERICAN INSURANCE COMPANY, Appellant.

(Submitted December 3, 1923; decided December 5, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 24 )

---

HENRY J. SWEENEY, Respondent, *v.* MODERN WOODMEN OF AMERICA, Appellant.

*Benefit associations — insurance — action to recover on certificate of life insurance — defense that insured had violated contract by intemperate use of intoxicants.*

*Sweeney* v. *Modern Woodmen of America,* 206 App. Div. 730, reversed.

(Argued December 4, 1923; decided December 27, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 14, 1923, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover upon a certificate of life insurance. The answer set up as a defense that the insured by intemperate use of intoxicants had violated conditions of the contract whereby it became null and void.